UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK WAYNE SUTTON,<br><br>                      Plaintiff,<br>    v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>                      Defendant. | CASE NO. 17-5918 RJB JPD<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge James P. Donohue. Dkt. 13. The Court has considered the Report and Recommendation, Plaintiff's Objections, Defendant's Response to the Objections, and the remaining record.

      The facts and procedural history are in the Report and Recommendation (Dkt. 13) and are adopted here. The Report and Recommendation recommends upholding the Commissioner's

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  denial of Plaintiff's application for disability benefits based on the finding that Plaintiff can

2  perform his past work as a mental health therapist. Dkt. 13.

3  Plaintiff objects, and argues that the ALJ erred in finding he could perform his past

4  relevant work due to his need to alternate between sitting and standing because "the vocational

5  expert's testimony fell far short of establishing that the job of clinical psychologist is 'generally'

6  performed with a sit/stand option." Dkt. 14, at 2. This objection is a reiteration of the arguments

7  in Plaintiffs' briefs and is addressed in the Report and Recommendation. The objection does not

8  provide a basis to reject the Report and Recommendation.

9  The Report and Recommendation (Dkt. 13) should be adopted, the decision to deny

10 benefits affirmed, and the case closed.

## ORDER

It is **ORDERED** that:

 The Report and Recommendation (Dkt. 13) **IS ADOPTED**;

The Commissioner's decision to deny Plaintiff benefits **IS AFFIRMED**; and

The case **IS DISMISSED**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Donohue, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of August, 2018.

ROBERT J. BRYAN
United States District Judge